# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141417 & (20)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

KATHERINE A. SWANSON,
      Plaintiff-Appellant,

v

WESTGATE LIVING CENTRE and
CONNECTICUT INDEMNITY COMPANY,
      Defendants-Appellees.

SC: 141417
COA: 297213
WCAC: 09-000183

_____/

On order of the Court, the application for leave to appeal the June 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

0920

                       Clerk